IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LOUIS DARRELL BUCK, | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION 16-00387-KD |
| | : | CRIMINAL ACTION 14-00227-KD-B-1 |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 21, 2018 (Doc. 147), is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 is **DENIED**, this action is **DISMISSED,** and **JUDGMENT** is entered in favor of Respondent United States of America and against Petitioner Louis Darrell Buck. Additionally, Petitioner is not entitled to a certificate of appealability as he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **19th** day of **March 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**